UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**FENG CHEN**, *individually and on behalf of all others similarly situated*,

v.

**ASIA SUPER MARKET BUFFALO, LLC, ROCKEY REN, LING LIN REN, QING LI, JOHN DOE AND JANE DOE # 1-10,**

**Defendants.**

NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT

CIVIL ACTION NO.:
1:21-CV-01146-LJV

---

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Robert C. Weissflach, Esq., with exhibits, and the accompanying Memorandum of Law; Plaintiff Feng Chen and Defendants Asia Super Market Buffalo, LLC, Rockey Ren, Ling Lin Ren, and Qing Li, by and through their respective counsel, will jointly move this Court (Hon. Lawrence J. Vilardo), on a date and time to be determined by the Court, for an Order approving the Settlement Agreement in the above-referenced action and for such other relief the Court deems just, proper, and equitable.

| | |
|---|---|
| /s/ Benjamin B. Xue, Esq. | /s/ Robert C. Weissflach, Esq. |
| Xue & Associates, P.C. | Harter Secrest & Emery LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Feng Chen* | *Asia Super Market Buffalo, LLC,* |
| 1 Schol Street, Suite 303A | *Rockey Ren, Ling Lin Ren, and Qing Li* |
| Glen Cove, New York 11542 | 50 Fountain Plaza, Suite 1000 |
| Telephone: (516) 595-8887 | Buffalo, New York 14202 |
| Email: benjaminxue@xuelaw.com | Telephone: (716) 844-3707 |
| | Email: rweissflach@hselaw.com |
| | |
| DATED:   November 10, 2022 | DATED:   November 10, 2022 |